JOHN F. RYAN COUNSELOR AT LAW
ATTORNEYS FOR PLAINTIFF
320 8TH AVENUE, SUITE 2R
BROOKLYN, NEW YORK 11215

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

WACOM TECHNOLOGY CORPORATION

    Plaintiffs,

vs.

EXPEDITORS INTERNATIONAL OF
WASHINGTON, INC.,

    Defendant.

-------------------------------------------------------X/

Case No.

COMPLAINT

NOW COMES Plaintiffs, WACOM TECHNOLOGY CORPORATION by their counsel John F. Ryan Counselor At Law, and complaining of the Defendant, EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.:

1. Plaintiff, Wacom Technology Corporation, herein after referred to as plaintiff and or Wacom Technology, at all relevant times is a foreign corporation with its principal office located at 2-510-1, Toyonodai, Kazo-shi, Saitama, Japan and with a US domestic office located at 1455 NW Irving Street, Suite 800, Portland, OR 97209 and is a commercial entity involved in the manufacture and distribution of business technology solutions and was the owner/shipper of a

shipment of graphic arts equipment which was stowed in container GVDU4000740 carried under Seaway Bill No. 6395670276 issued by defendant, Expeditors International of Washington, Inc. on or about December 9, 2021 for a voyage aboard the CMA CGM VIRGINIA V from Shanghai, China and delivery in Memphis, Tennessee.

2. Defendant, Expeditors International of Washington, Inc., herein after referred to as Expeditors or defendant, is a domestic business entity or corporation with office and place of business at 1015 3rd Ave., Seattle, WA. 98104-1190 and was and now is engaged in business as a non-vessel owning common carrier of goods by sea for hire and or as an ocean transportation intermediary.

3. Defendant, Expeditors at all relevant times, held itself out to be and acted as a common carrier and/or a non-vessel owning common carrier engaged in the carriage of goods to and from a port in the United States of America and/or as an ocean transportation intermediary.

4. This is an action within the admiralty and maritime jurisdiction of this Court as contemplated by 28 U.S.C. Sect. 1333 and Rule 9(h) of the Federal Rules of Civil Procedure.

5. This matter is properly filed in this Court in accordance with and due to the terms and conditions of the master bill of lading issued by CMA CGM the operator of the CMA CGM VIRGINIA V, the vessel on which the referenced container was carried and that defendant has agreed to venue in the District Court in the Southern District of New York.

6. That on or about December 9, 2021 the defendant issued bill of lading for the shipment of 435 cartons of graphic arts equipment in container No. GVDU4000740 for carriage from Shanghai, China to the place of delivery in Memphis, Tennessee.

7. That the said shipment was in good order and condition when delivered to the defendant or their agents and loaded aboard the CMA CGM VIRGINIA V .

8. That on, about and or after January 26, 2022 the defendant or their agents failed to deliver to plaintiff or their agents the shipment described in this complaint and in the identified bills of lading in the same good order and condition as it was received by defendant, but was delivered in a damaged condition.

9. That on, about or after January 26, 2022 defendant was on notice that the shipment identified in this complaint was not delivered in the same good order and condition as received by defendant but in a damaged condition and that plaintiff, Wacom Technology Corporation, would be damaged and there would be a loss in the amount of $973,502.00 and that it was defendant's legal obligation to pay those damages.

10. That defendant was legally obligated to care for and protect plaintiff's shipment described in this complaint during the transit identified on the referenced bill of lading, and to deliver the shipment in the same good order and condition as when the shipment was received by defendant, and that defendant failed to protect plaintiff's shipment during the referenced voyage. As a result of defendant's breach of contract and negligence plaintiff has suffered damages in the amount of $973,502.00 plus costs and interest.

11. To date, defendant have failed to make any payments to plaintiff for the damages suffered as a result of defendant's breach of maritime contract and or negligence.

12. In addition to the above amount of $973,502.00 plaintiff is entitled to interest, costs and fees in amounts which will be proved at trial.

**WHEREFORE,** Plaintiff pray as follows:

A. For Judgment on all causes of action in favor of Plaintiff, Wacom Technology Corporation and against Defendant awarding Plaintiff damages in an amount to be determined at trial;
And

B. For such other and further relief as the Court deems just and proper under the circumstances, together with costs and disbursements of this action.

Date: January 25, 2023

JOHN F RYAN COUNSELOR AT LAW

John Francis Ryan
Attorney for Plaintiff
320 8th Avenue, Suite 2R
Brooklyn, NY 11215
Telephone: (718) 378-7620
Johnfryan661@gmail.com