UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                :
WACOM TECHNOLOGY CORPORATION,      :
                                      Plaintiff,   :
                                                         :                23 Civ. 668 (LGS)
                        -against-                 :
                                                         :                     <u>ORDER</u>
EXPEDITORS INTERNATIONAL OF          :
WASHINGTON, INC.,                                   :
                                          Defendant.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated February 16, 2023, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference;

       WHEREAS, the initial pretrial conference is currently scheduled for March 29, 2023, at 4:00 p.m.;

       WHEREAS, Defendant has not appeared, and Plaintiff has not filed proof of service on the docket;

       WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan; it is hereby

       **ORDERED** that if Plaintiff has been in communication with Defendant, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **March 27, 2023**, at **noon**.  If Plaintiff has not been in communication with Defendant, it shall file a status letter regarding its efforts to serve Defendant and request an adjournment of the initial conference as soon as possible and no later than **March 27, 2023**, at **noon**.

Dated: March 23, 2023
       New York, New York

                                                                        LORNA G. SCHOFIELD
                                                             UNITED STATES DISTRICT JUDGE