JOHN F RYAN, ESQ.   320 8TH AVE. SUITE 2R
BROOKLYN, NY 11215
TEL. 718-938-7620
john.ryan@johnfryancounseloratlaw.com

*[Signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

March 24, 2023

Application **granted in part**. The initial pretrial conference scheduled for March 29, 2023, is adjourned to **April 19, 2023, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and use the access code 558-3333. The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **April 12, 2023, at 12:00 P.M.**

Dated: March 27, 2023
       New York, New York

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Court Judge
USDC SDNY
40 Foley Square
New York, NY 10007

Re: Wacom Technology Corp.
    V.
    Expeditors International of Washington, Inc.
    23-cv-0668(LGS)(RWL)

Dear Judge Schofield:

My office represents Plaintiff, Wacom Technology Corp in the caption litigation. This litigation arises from a claim of damages to a shipment of Graphic Arts Equipment carried under 2 separate ocean bills of lading. One issued by defendant Expeditors, the other by the ocean carrier.

In accordance with the Court's Order of March 23, 2023 I am writing to provide the Court with a status report.

Yesterday I filed a Wavier of Service, which defendant executed on February 15, 2023 and defendant's time to appear, answer or otherwise move is April 17, 2023.

I have spoken with defense counsel and we plan on speaking again next week. Defense counsel advised that he is speaking with counsel or representatives of the ocean carrier which issued the master bill lading. Those discussions will touch on the potential of reaching a possible settlement or defendant having to file a responsive pleading including a Third Party complaint against the ocean carrier.

Under the present circumstances I request that the Initial Conference now scheduled for March 29, 2023 at 4:00PM be adjourned to a day after May 1, 2023 to a day and time of the Court's convenience.

I have copied defendant's counsel on this letter.

Should the Court have any questions I am prepared to address same at the Court's convenience.

Respectfully submitted,

John F Ryan

Cc via email,

Steven W. Block  blocks@lanepowell.com