UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
WACOM TECHNOLOGY CORPORATION,                               :
                                  Plaintiff,                :
                                                            :
            -against-                                       :
                                                            :
EXPEDITORS INTERNATIONAL OF                                 :
WASHINGTON, INC.,                                           :       23 Civ. 668 (LGS)
                                  Defendant.                :
                                                            :       ORDER
------------------------------------------------------------:
                                                            :
                                                            :
EXPEDITORS INTERNATIONAL OF                                 :
WASHINGTON, INC.,                                           :
                                  Third-Party               :
                                  Plaintiff,                :
                                                            :
            -against-                                       :
                                                            :
CMA CGM, S.A.,                                              :
                                  Third-Party               :
                                  Defendant.                :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

   WHEREAS, the Order dated April 18, 2023, required the parties to file a proposed case management plan and joint letter by May 17, 2023, at 12:00 P.M.;

   WHEREAS, the initial pretrial conference is currently scheduled for May 24, 2023, at 4:00 P.M.;

   WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

   **ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **May 22, 2023, at 12:00 P.M.**

Dated: May 18, 2023
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE