UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
WACOM TECHNOLOGY CORPORATION,                               :
                                      Plaintiff,            :
                                                            :
         -against-                                          :
                                                            :
EXPEDITORS INTERNATIONAL OF                                 :
WASHINGTON, INC.,                                           :    23 Civ. 668 (LGS)
                                      Defendant.            :
                                                            :    ORDER
------------------------------------------------------------:
                                                            :
                                                            :
EXPEDITORS INTERNATIONAL OF                                 :
WASHINGTON, INC.,                                           :
                                      Third-Party           :
                                      Plaintiff,            :
                                                            :
         -against-                                          :
                                                            :
CMA CGM, S.A.,                                              :
                                      Third-Party           :
                                      Defendant.            :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for May 31, 2023;

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

**ORDERED** that the May 31, 2023, initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

**ORDERED** that if Defendant or Third-Party Defendant seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.  Third-Party Defendant shall file any fourth-party complaint by **June 8, 2023.**  It is further

**ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a <u>joint</u> letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: May 25, 2023
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**