UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WACOM TECHNOLOGY CORPORATION,
                                Plaintiff,

          -against-

EXPEDITORS INTERNATIONAL OF
WASHINGTON, INC.,
                                Defendant.

23 Civ. 668 (LGS)

<u>ORDER</u>

------------------------------------------------------------

EXPEDITORS INTERNATIONAL OF
WASHINGTON, INC.,
                                Third-Party Plaintiff,

          -against-

CMA CGM, S.A.,
                                Third-Party Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated May 25, 2023, required the parties to file a status letter on July 31, 2023, as outlined in Individual Rule III.D.3;

    WHEREAS, the parties failed to submit the letter.  It is hereby

    **ORDERED** that, by **August 11, 2023**, the parties shall file the status letter.

Dated: August 8, 2023
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE