UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WACOM TECHNOLOGY CORPORATION,<br><br>                      Plaintiff(s),<br><br>v.<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., et al.,<br><br>                      Defendant(s). | 23-CV-668 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

As discussed on the record at the conference held before the Court on December 21, 2023, all deadlines in this case shall be held in abeyance. By no later than **February 16, 2024**, the parties shall file on ECF a joint letter updating the Court on the status of this case.

The parties are further ordered to confer with the Court on **March 8, 2024, at 10:30 a.m. (E.T.)**. The parties shall dial 646-453-4442, enter the meeting code 19503534, and press pound (#).

SO ORDERED.

Dated: December 21, 2023
       New York, New York

                                                      DALE E. HO
                                         United States District Judge