UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WACOM TECHNOLOGY CORPORATION,<br><br>                      Plaintiff,<br><br>v.<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.,<br><br>                      Defendant. | 23-CV-668 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

    Due to unforeseen circumstances, the conference scheduled for April 11, 2024, at 12:00 p.m. (E.T.) shall be adjourned to April 11, 2024, at 2:30 p.m. (E.T.). The dial-in information remains unchanged. Accordingly, the parties shall dial 646-453-4442, enter the meeting code 19503534, and press pound (#).

    SO ORDERED.

Dated: April 11, 2024
       New York, New York

                                                    DALE E. HO
                                           United States District Judge