**JOHN F RYAN, ESQ.**  320 8TH AVE. SUITE 2R
BROOKLYN, NY 11215
TEL. 718-938-7620
john.ryan@johnfryancounseloratlaw.com

DECEMBER 31, 2024

**VIA ECF**
The Honorable Dale E. Ho
United States District Court Judge
USDC SDNY
500 Pearl Street
New York, NY 10007

Re: Wacom Technology Corp.
  V.
  Expeditors International of Washington, Inc.
  V.
  CMA CGM, SA

  23-cv-0668(DEH)(RWL)

Dear Judge Ho:

I represent plaintiff in the captioned action.

I write today with the consent of all counsel to request that the telephone conference scheduled for 11:30 AM on January 9, 2025 be adjourned until the week of January 13th to a time convenient for the Court. The reason for my request is to allow me to attend the memorial service for my brother-in-law who passed before Christmas.

---

Application GRANTED. The Post-Discovery Conference previously scheduled for January 9, 2025, is ADJOURNED to January 16, 2025, at 10:30 a.m. The conference will be held via Microsoft Teams. The parties are advised that the Conference ID has changed. The parties should join the conference by calling (646) 453-4442 and entering the Phone Conference ID: 269 317 193, followed by the pound (#) sign. SO ORDERED.

Dale E. Ho
United States District Judge
Dated: January 3, 2025
New York, New York

The Court's consideration of and attention to this request is greatly appreciated.

Respectfully submitted,

John F. Ryan

Cc via email,
Steven W. Block  blocks@lanepowell.com
Michael Fernandez fernandez@freehill.com
William H. Yost      yost@freehill.com