JOHN F RYAN, ESQ.    320 8TH AVE. SUITE 2R
BROOKLYN, NY 11215
TEL. 718-938-7620
john.ryan@johnfryancounseloratlaw.com

FEBRUARY 13, 2025

<u>**VIA ECF**</u>
The Honorable Dale E. Ho
United States District Court Judge
USDC SDNY
500 Pearl Street
New York, NY 10007

Re: Wacom Technology Corp.
    V.
    Expeditors International of Washington, Inc.
    V.
    CMA CGM, SA
    23-cv-0668(DEH)(RWL)

Dear Judge Ho:

I am counsel for plaintiff Wacom Technology Corp., in the captioned matter. I write with the consent and concurrence of counsel for defendant, Expeditors International of Washington, Inc. and Third Party Defendant CMA CGM, SA to report that the parties by their respective counsel have reached an agreed settlement of the captioned litigation.

Counsel are now in the process of drafting and finalizing closing documents. We request that counsel be given until March 21, 2025 to finalize those efforts and that upon completion the parties will file with the Court a Stipulation and Order of Dismissal with Prejudice and without Costs.

Counsel wish to thank the Court for its help and assistance in this matter.

Respectfully submitted,

John F. Ryan

Cc via email,

Steven W. Block  blocks@lanepowell.com

Michael Fernandez  mfernadez@liskow.com

William H. Yost    whyost@liskow.com