UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

WACOM TECHNOLOGY CORPORATION

    Plaintiff,

Vs.

EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.,

    Defendant/Third Party Plaintiff

Vs.

CMA CGM, S.A.

    Third Party Defendant.

-----------------------------------------------------------X

Case No. 23-cv- 0668(DEH)

STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, WACOM TECHNOLOGY CORPORATION, Defendant/Third Party Plaintiff, EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., and Third Party Plaintiff Defendant CMA CGM, S.A. by their respective counsel hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice and Without Costs of this action, all parties to bear their own attorney's fees and costs.

Date: JUNE 10, 2025                                JOHN F RYAN COUNSELOR A LAW

<u>/S/ John F. Ryan, ESQ.</u>

John Francis Ryan, Esq.

Attorney for Plaintiff

320 8th Avenue, Suite 2R

Brooklyn, NY 11215

Telephone: (718) 378-7620

Date: JUNE 10, 2025                                BALLARD SPAHR LLP

<u>/S/Steven W. Block, Esq</u>.

Steven Willian Block
Attorney for Defendant/Third Party Plaintiff
1301 Second Avenue,
Suite 2800
Seatle, WA 98101

Telephone: (206) 223-7718

Date: JUNE 10, 2025                                Leskow & Lewis

<u>/S/ William H. Yost, Esq.</u>

William Howard Yost
Attorney for Third Party Defendant,
11 Broadway, Suite 615
New York, NY 10004
Telephone: (401)-378-7404

SO ORDER

The Stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice and without costs.

Date: June 11, 2025

_____

The Honorable Dale E Ho
United States District Court Judge
Southern District of New York